# WILLIAM C. LYON

*vs.*

# MAYOR & COUNCIL OF HYATTSVILLE.

*Taxes paid under protest and mistake of law.*

Where proceedings are instituted in court by a taxpayer to have an assessment for street improvements by the municipality set aside, and they are decided adversely to his contention, and the tax is subsequently paid under protest to avoid sale, an action to recover the assessment will not lie.

*Decided January 16th, 1918.*

Appeal from the Circuit Court for Prince George's County. (BEALL, J.)

The cause was argued before BOYD. C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*C. E. Emig,* for the appellant.

*Vincent A. Sheehy,* for the appellees.

The opinion, affirming the judgment of the lower Court, was delivered by PATTISON, J.